# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Esteban Garcia Sr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:16-cv-00102-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Jack Conner, et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 05/20/2016 Order.

May 20, 2016

Frank G. Johns, Clerk
United States District Court